STATE OF NORTH CAROLINA ⬚FILED⬚ IN THE GENERAL COURT OF
                                              JUSTICE
COUNTY OF RANDOLPH                  SUPERIOR COURT DIVISION
                         2024 MAR 25  A 8: 48        23 CVS 867

EASTWOOD CONSTRUCTION, LLC, ⬚⬚⬚., C.S.C.
d/b/a EASTWOOD HOMES
      BY_____
            Plaintiff,

      vs.                              **CONFESSION OF JUDGMENT**

JAMES L. BRYANT, JR. and SHARON
R. BRYANT,

            Defendants.

Defendants James L. Bryant, Jr. and Sharon R. Bryant show the Court as follows.

1.     Eastwood Construction, LLC d/b/a Eastwood Homes ("Eastwood") is a limited liability company formed and existing under the laws of the State of North Carolina, with its principal office in Mecklenburg County, North Carolina.

2.     Defendant James L. Bryant, Jr. is a citizen and resident of Randolph County, North Carolina at all times relevant.

3.     Defendant Sharon R. Bryant is a citizen and resident of Randolph County, North Carolina at all times relevant.

4.     Eastwood is in the business of constructing residential homes in a neighborhood called the Cottages at Piper Village ("Piper Village"), in Randolph County, North Carolina.

4870-5865-8456.v2

5.      On June 25, 2022, the Bryants entered into a contract for the purchase of property in Piper Village called the New Home Purchase Agreement. The Bryants closed on the purchase of the house on July 29, 2022.

6.      In April 2023, the Bryants began a campaign to damage Eastwood's business and reputation in the neighborhood and on social media. The Bryants approached Eastwood's customers and made negative comments about Eastwood, placed defamatory signs on their yards, and made defamatory social media posts.

7.      The Bryants' conduct caused Eastwood to lose at least one contract for the purchase of a lot and home in Piper Village. Eastwood suffered damages in the amount of at least $74,400 in profit on the sale of the lot and home.

8.      Eastwood initiated a lawsuit in Randolph County Superior Court entitled Eastwood Construction, LLC d/b/a Eastwood Homes v. James L. Bryant, Jr. and Sharon R. Bryant (the "State Lawsuit"), and brought claims including tortious interference with contract, interference with prospective economic advantage, libel per se, libel per quod, breach of contract, and unfair and deceptive trade practices.

9.      Defendants filed various counterclaims against Eastwood including claims for breach of contract, libel per se, libel per quod, negligence, and unfair and deceptive trade practices in the State Lawsuit.

10.      On June 27, 2023, the Randolph County Superior Court entered a preliminary injunction against Defendants to prevent Defendants from interfering with Eastwood's business (the "Preliminary Injunction Order").

2

4870-5865-8456.v2

11.    On July 31, 2023, Defendants initiated a lawsuit in federal court in the Middle District of North Carolina entitled <u>James L. Bryant Jr. and Sharon R. Bryant v. Eastwood Construction, LLC d/b/a Eastwood Homes, LLC</u> (the "Federal Lawsuit"), and brought claims including violations of the Fair Housing Act, Civil Rights Act of 1866, North Carolina Unfair and Deceptive Trade Practices Act, and North Carolina State Fair Housing Act.

12.    On or about December 28, 2023, Eastwood and the Bryants (collectively, the "Parties") signed a settlement agreement (the "Settlement Agreement"). Under the Settlement Agreement, the Bryants agreed to continue to comply with the terms of the Preliminary Injunction Order in perpetuity and, as security for its obligations would confess judgment in the amount of $150,000.

13.    The Bryants acknowledge that Eastwood's damages are at least $74,400, and that under Chapter 75 of the North Carolina General Statutes, Eastwood's damages may be trebled in the amount of $223,200. The Bryants acknowledge that they are confessing to a lower amount of damages in the amount of One Hundred and Fifty Thousand Dollars ($150,000).

14.    Defendants are liable, jointly and severally, to Eastwood in the amount of $150,000, which amount is owed under the terms of the Settlement Agreement.

15.    To secure its obligations to Eastwood arising under Settlement Agreement, Defendants desire to confess judgment in favor of Eastwood.

16.    Defendants hereby confesses and acknowledges that, as of December 21, 2023 they are liable to Eastwood in the principal amount of $150,0000.

3

17. Defendants hereby acknowledge that their liability to Eastwood is not subject to any defense, counterclaim, or offset, but that any amount paid by Defendants from and after the date set forth below shall be credited against the total amount set forth above.

18. Following the Defendant's execution hereof, this Confession of Judgment shall be delivered to counsel for Eastwood to be held in escrow, subject to the terms hereof: (A) If (i) Defendants, or either of them, shall default on their obligations under the Settlement Agreement counsel for Eastwood may tender this Confession of Judgment to the Court for filing; and (B) if there is no default under the Settlement Agreement this Confession of Judgment will not be entered.

19. Defendants freely, knowingly, and voluntarily waive with prejudice any right they may have to appeal, modify, stay, or vacate this Judgment, and Defendants hereby expressly jointly waive the 30-day deadline (or any other applicable deadline) to appeal the entry of the Judgment.

WHEREFORE, the Defendants authorizes that this Confession of Judgment shall be entered against them, jointly and severally, in the principal amount of

4

4870-5865-8456.v2

$150,000, with credit applied thereto for amounts, if any, paid to Eastwood by Defendants from and after the date set forth below.

This the 28th day of December, 2023.

_____
James L. Bryant, Jr.

STATE OF NORTH CAROLINA, COUNTY OF GUILFORD

I certify that James L. Bryant, Jr. personally appeared before me this day and acknowledged the due execution of the foregoing document.

DATE: December 28th, 2023

_____
Signature of Notary Public

Printed Name: K. Danielle Fearer

My Commission Expires: 3|4|2024

_____
Sharon R. Bryant

STATE OF NORTH CAROLINA, COUNTY OF GUILFORD

I certify that Sharon R. Bryant personally appeared before me this day and acknowledged the due execution of the foregoing document.

DATE: December 28th, 2023

_____
Signature of Notary Public

Printed Name: K. Danielle Fearer

My Commission Expires: 3|4|2024

5

4870-5865-8456.v2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon the following by email and US Mail:

James L. Bryant, Jr.
5629 Siler Street
Trinity, NC 27370
Jlbryantjr11@gmail.com

Sharon R. Bryant
5629 Siler Street
Trinity, NC 27370
srblackmon@hotmail.com

This the 25th day of March, 2024.

James C. Adams, II