# **EXHIBIT 2**

STATE OF NORTH CAROLINA     FILED    IN THE GENERAL COURT OF JUSTICE

COUNTY OF RANDOLPH           SUPERIOR COURT DIVISION

2023 APR 27 P 1: 36   23 CVS 867

RANDOLPH CO., C.S.C.

BY: _____

EASTWOOD CONSTRUCTION, LLC, d/b/a EASTWOOD HOMES

    Plaintiff,

vs.

JAMES L. BRYANT, JR. and SHARON R. BRYANT,

    Defendants.

**TEMPORARY RESTRAINING ORDER**

THIS MATTER CAME ON FOR HEARING before this Court in Guilford County Courthouse on April 27, 2023, upon Plaintiff Eastwood Construction, LLC, d/b/a Eastwood Homes ("Eastwood" or "Plaintiff") Motion for Temporary Restraining Order pursuant to Rule 65 of the North Carolina Rules of Civil Procedure.

IT APPEARING TO THE COURT upon consideration of Plaintiff's Motion for Temporary Restraining Order, the Verified Complaint, other matters of record, and the arguments of counsel for the parties, that Plaintiff will suffer immediate and irreparable harm, injury, and damages, as described in the Verified Complaint, if Defendants are not enjoined as described below, such that a temporary restraining order should be entered enjoining such conduct; and

IT FURTHER APPEARING TO THE COURT that Plaintiff has satisfied the requirements of Rule 65 of the North Carolina Rules of Civil Procedure for the entry of a Temporary Restraining Order and is entitled to an entry of the Temporary Restraining Order;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

1. From the date hereof, Defendants are enjoined from:
    a. Harassing, threatening, or otherwise approaching Eastwood's customers and prospective customers;
    b. Brandishing a gun, firearm, or other weapon in connection with any act which is intended, or could reasonably be inferred, to disrupt or harm Eastwood's business;
    c. Making statements regarding Eastwood to any persons who have agreed to buy or are considering buying a home from Eastwood;
    d. Entering on any property owned by Eastwood, for any purpose, without permission;
    e. Harassing, threatening or otherwise approaching employees, vendors or contractors of Eastwood;
    f. Brandishing a gun, firearm, or other weapon while approaching employees, vendors or contractors of Eastwood;

g. Making disparaging and/or defamatory statements regarding Eastwood;

h. Posting videos or statements defaming Eastwood on Facebook, Tik Tok, or on any other social media site accessible via the Internet;

i. Using Eastwood's name, or any variation of Eastwood's name, in connection with any statement which is intended, or could reasonably be inferred, to disrupt or harm Eastwood's business without written approval;

j. Distributing or placing fliers, signs, or any other written material defaming Eastwood, or causing or directing such fliers, signs, or written material to be distributed or placed;

k. Conducting rallys or other gatherings designed to incite Eastwood's employees, agents or customers; or to harass Eastwood's customers, agents and employees, and

l. Engaging in any other act or practice intended to harm Eastwood's business and/or reputation.

2. Eastwood must post bond in the amount of __250__ dollars and __0 (zero)__ cents ($.__0__) as a condition of the effectiveness of this Order; and

3. Unless proper extensions are requested and granted, this Order shall expire ten (10) days from the date of entry or following a hearing on a

preliminary injunction motion, whichever shall first occur. This Order may be made permanent at the preliminary injunction hearing if the Court so decides.

_____
Honorable _____
Superior Court Judge

Entered this the 27th day of April, 2023, at 11:00 a.m. / p.m.

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Temporary Restraining Order was served upon the defendant by FedEx and by email addressed as follows:

>James L. Bryant, Jr.
>5629 Siler Street
>Trinity, NC 27370
>Jlbryantjr11@gmail.com
>
>Sharon R. Bryant
>5629 Siler Street
>Trinity, NC 27370
>srblackmon@hotmail.com

This the 27th day of April, 2023.

_____
James C. Adams II
Katerina K. Wong

[FILED 2023 APR 27 P 1:36 RANDOLPH CO., C.S.C. BY]