**SIGNED this 22nd day of July, 2026.**

BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| James Lawrence Bryant, Jr., | ) | |
| Sharon Renea Bryant, | ) | Chapter 7 |
| | ) | Case No. 25-10147 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| Eastwood Construction Partners, | ) | |
| LLC dba Eastwood Homes, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 25-02009 |
| | ) | |
| James Lawrence Bryant, Jr., | ) | |
| Sharon Renea Bryant, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER GRANTING DEFENDANTS' MOTION TO QUASH SUBPOENAS**

This matter is before the Court on the Motion for Protective Order and to Quash or Limit Subpoenas filed by James Lawrence Bryant, Jr. and Sharon Renea Bryant ("Defendants") on July 21, 2026.  ECF No. 117.  On November 19, 2025, the Court entered a scheduling order setting April 2, 2026, as the date within which

discovery must be completed.  ECF No. 39, at 2.  On July 2, 2026, the Court entered a Final Pretrial Order scheduling the trial of this adversary proceeding to commence on October 7, 2026.  ECF No. 107, at 3.

On July 21, 2026, Eastwood Construction Partners, LLC dba Eastwood Homes ("Plaintiff") subpoenaed four third parties to appear and testify at trial.  ECF No. 117, at 10-17.  These subpoenas further require the third parties to bring to trial certain categories of documents.  Id.  These categories include "[a]ny communications with [Defendants] regarding [Plaintiff];" "[a]ny communications with your realtor for the purchase of a home in the Cottages at Piper Village;" "[a]ny communications with [certain purchaser] for the purchase of a home in the Cottages at Piper Village;" and "[a]ny communications with [certain individual] or anyone from [Plaintiff] regarding [certain purchaser]."  Id.  Defendants move to quash the portions of the subpoenas requiring the third parties to bring these documents to trial.  Id. at 3-4.

"[A] litigant may not use a subpoena for discovery purposes after the close of discovery."  Lindsay v. Lewis, No. 1:11CV67, 2012 WL 1944571, at *1 (M.D.N.C. May 29, 2012) (citing Fleetwood Transp. Corp. v. Packaging Corp. of Am., No. 1:11MC45, 2011 WL 6151479, at *1-2 (M.D.N.C. Dec. 12, 2011)); 7 Moore's Federal Practice, § 34.02[5][e] (3d ed. 2026) (citing Mortg. Info. Servs.

v. Kitchens, 210 F.R.D. 562, 566 (W.D.N.C. 2002) ("subpoena will be treated as a discovery device and may not be used to obtain production of documents from a party after the discovery deadline").  Because Plaintiff sent the subpoenas after the discovery deadline the Court will grant Defendants' motion.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the portions of the subpoenas requiring the third parties to bring documents to trial are quashed.  Within three (3) business days of entry of this order, Plaintiff shall cause a copy of this order to be served on Defendants and the entities subject to the subpoenas.

[END OF DOCUMENT]

---

[1] The Final Pretrial Order also provides that on or before September 28, 2026, the parties must submit to the Court a binder containing all exhibits that either party may offer at trial and that no other exhibits or forms of exhibits than those in the binder will be permitted at trial except for rebuttal or upon a showing of good cause as to why such an exhibit was omitted.  ECF No. 107, at 4-5.  Thus, any documents brought by the third parties to trial which were not previously included in the binder would not be admissible evidence at trial except for rebuttal or unless Plaintiff showed good cause as to why the document had not been timely requested in discovery and included among the exhibits exchanged for trial.

<u>Parties to be Served</u>
25-02009


John Paul Hughes Cournoyer
U.S. Bankruptcy Administrator                    Via CM/ECF

Jamey M. Lowdermilk
Counsel for Plaintiff                            Via CM/ECF

Clint Shepperd Morse
Counsel for Plaintiff                            Via CM/ECF

Katarina Kyung Oak Wong
Counsel for Plaintiff                            Via CM/ECF

James Lawrence Bryant, Jr.
5629 Siler Street
Trinity, NC 27370

Sharon Renea Bryant
5629 Siler Street
Trinity, NC 27370

Jerolin Jackson
5622 Siler Street
Trinity, NC 27370

Connie Long
110 Shining Way
Trinity, NC 27370

Caroline Strickland Bova
104 Elk Horn Cort
Archdale, NC 27263

Angela Brown Cranford
1869 Joe Moore Rd
Thomasville, NC 27360