UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| James Lawrence Bryant, Jr., | ) | |
| Sharon Renea Bryant, | ) | Chapter 7 |
| | ) | Case No. 25-10147 |
| | ) | |
|     Debtors. | ) | |
| _____ | ) | |
| Eastwood Construction Partners, | ) | |
| LLC dba Eastwood Homes, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 25-02009 |
| | ) | |
| James Lawrence Bryant, Jr., | ) | |
| Sharon Renea Bryant, | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

## REPORT OF JUDICIAL SETTLEMENT OFFICER

In accordance with the Order Designating Bankruptcy Judge for Service in Another District entered by Chief Judge Albert Diaz, United States Court of Appeals for the Fourth Circuit, on July 9, 2026, the Order Directing Judicial Mediation entered by Judge Benjamin A. Kahn on July 7, 2026, and Local Rule 9019-2, Pamela W. McAfee, United States Bankruptcy Judge, hereby files this Report of Judicial Settlement Officer, and reports as follows:

The judicially mediated settlement conference took place on July 27, 2026, at the Century Station Post Office and United States Courthouse, 300 Fayetteville Street, Raleigh. North Carolina.  The parties in interest and attorneys in attendance were Katarina Wong,

1

counsel for the Plaintiff, Megan Baer, representative of the Plaintiff, and Defendants James Bryant and Sharon Bryant. The mediation resulted in an impasse.


Pamela W. McAfee
United States Bankruptcy Judge


[END OF DOCUMENT]

2