**SO ORDERED.**

**SIGNED this 9th day of September, 2026.**

BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| James Lawrence Bryant, Jr., | ) | |
| Sharon Renea Bryant, | ) | Chapter 7 |
| | ) | Case No. 25-10147 |
| | ) | |
| Debtors. | ) | |
| ______________________________ | ) | |
| Eastwood Construction Partners, | ) | |
| LLC dba Eastwood Homes, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 25-02009 |
| | ) | |
| James Lawrence Bryant, Jr., | ) | |
| Sharon Renea Bryant, | ) | |
| | ) | |
| Defendants. | ) | |
| ______________________________ | ) | |

**ORDER CANCELING TRIAL**

On September 9, 2026, the Court entered an Order granting Plaintiff's motion for voluntary dismissal with prejudice. ECF No. 133. This adversary proceeding has been dismissed and the

trial scheduled in the above captioned adversary proceeding for October 7, 2026, is therefore canceled. See ECF No. 107.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED** the trial scheduled for October 7, 2026, is canceled.

[END OF DOCUMENT]

Parties to be Served
25-02009

John Paul Hughes Cournoyer
U.S. Bankruptcy Administrator

Clint S. Morse
Counsel for Eastwood

Jamey M. Lowdermilk
Counsel for Eastwood

Katarina Kyung Oak Wong
Counsel for Eastwood

James Lawrence Bryant, Jr.
5629 Siler Str
Trinity, NC 27370

Sharon Renea Bryant
5629 Siler Str
Trinity, NC 27370