**SO ORDERED.**

**SIGNED this 9th day of September, 2026.**

BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In re: | |
| James Lawrence Bryant, Jr., Sharon Renea Bryant, | Chapter 7 Case No. 25-10147 |
| Debtors. | |
| Eastwood Construction Partners, LLC dba Eastwood Homes, | |
| Plaintiff, | |
| v. | Adv. No. 25-02009 |
| James Lawrence Bryant, Jr., Sharon Renea Bryant, | |
| Defendants. | |

**ORDER DENYING DEFENDANTS' MOTION IN LIMINE AS MOOT**

On September 9, 2026, the Court entered an Order granting Plaintiff's motion for voluntary dismissal with prejudice, ECF No. 133, and an Order cancelling the trial, ECF No. 134. Defendants' motion in limine to exclude inadmissible evidence and improper

argument, ECF No. 108, is therefore denied as moot, and the hearing set for September 10, 2026, is cancelled.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED** as follows:

1. Defendants' motion in limine, ECF No. 108, is denied as moot.
2. The hearing set for September 10, 2026, is cancelled.

[END OF DOCUMENT]

Parties to be Served
25-02009

John Paul Hughes Cournoyer
U.S. Bankruptcy Administrator

Clint S. Morse
Counsel for Eastwood

Jamey M. Lowdermilk
Counsel for Eastwood

Katarina Kyung Oak Wong
Counsel for Eastwood

James Lawrence Bryant, Jr.
5629 Siler Str
Trinity, NC 27370

Sharon Renea Bryant
5629 Siler Str
Trinity, NC 27370